IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KURBY GERALD DECKER,<br>TDCJ No. 00594703, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 7:19-cv-079-O-BP |
| BOBBY LUMPKIN, Director,<br>Texas Dep't of Criminal Justice,<br>Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This is a habeas action brought pursuant to 28 U.S.C. § 2254 in which Petitioner challenges the validity of a prison disciplinary action. The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation in which he recommends that the petition be denied. *See* ECF No. 30. Petitioner has filed objections. *See* ECF No. 37.

The District Court reviewed de novo those portions of the Findings, Conclusions, and Recommendation to which objections were made and reviewed the remaining Findings, Conclusions, and Recommendation for plain error. Finding no error, I am of the opinion that the findings of fact, conclusions of law, and reasons for denial set forth in the Magistrate Judge's Recommendation are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, the petition for writ of habeas corpus is **DENIED.**

**SO ORDERED** this **10th day** of **September, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE